TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for defendant
Hunt & Henriques

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DANETTE HULL, | CASE NO.: 2:09-cv- 03157-MCE-KJM |
| Plaintiff, | **ORDER GRANTING STIPULATION AND JOINT REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41** |
| vs. | |
| HUNT & HENRIQUES, | |
| Defendant. | |

1  Pursuant to the parties' stipulation and joint request, IT IS HEREBY
2  ORDERED that the action be dismissed with prejudice pursuant to Rule
3  41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party bearing its
4  own costs and attorneys' fees.
5  **IT IS SO ORDERED.**

7  Dated: April 27, 2010

9  _____
   MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

1.